## COLOMBO v. STEVENSON

[357 N.C. 157 (2003)]

MICHAEL A. COLOMBO, Administrator CTA of the Estate of HAZEL PILAND STEVENSON, Deceased v. GEORGE M. STEVENSON, III, HAZEL S. BRANCH, HOWELL W. BRANCH, BETSY BRANCH LEWIS, WESLEY STEVEN BRANCH and SUSAN STEVENSON

No. 293PA02

(Filed 2 May 2003)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 150 N.C. App. 163, 563 S.E.2d 591 (2002), reversing and remanding a judgment entered 13 March 2001 by Judge Clifton W. Everett, Jr., in Superior Court, Pitt County. Heard in the Supreme Court 9 April 2003.

*Gaylord, McNally, Strickland, Snyder & Holscher, L.L.P., by Danny D. McNally and Emma Stallings Holscher, for defendant-appellants George M. Stevenson, III, and Susan Stevenson.*

*Alexander Ralston, Speckhard & Speckhard, L.L.P., by Donald K. Speckhard, for defendant-appellees Hazel S. Branch, Howell W. Branch, Betsy Branch Lewis, and Wesley Stevenson Branch.*

PER CURIAM.

AFFIRMED.